MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SUSAN LYNNE ASHMORE, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Civil No. 1:17-cv-01142-GSA <br><br> **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension of time because a very heavy workload, as well as an upcoming extended vacation to Taiwan from May 2 through May 19, 2018.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Wednesday, June 13, 2018.

Respectfully submitted,

Date: *May 1, 2018*   PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena\**
JONATHAN OMAR PENA
*\* By email authorization on May 1, 2018*
Attorney for Plaintiff

Date: *May 1, 2018*   MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

### ORDER

Defendant shall file her Opposition no later than **June 13, 2018**. Plaintiff shall file any Reply within fifteen (15) days of the filing of the Opposition.

IT IS SO ORDERED.

Dated: **May 1, 2018**      **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE